JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| ANGELA COX,<br><br>　　　　Plaintiff,<br>vs.<br><br>ALLIANCE ONE,<br><br>　　　　Defendant. | Case No.: **10-cv-00309-JFW (SSx)**<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

Based upon the Stipulation to Dismiss by all appearing parties and pursuant to Fed. R. Civ. P. 41(a)(1), the above reference matter is hereby dismissed with prejudice.

**IT IS SO ORDERED.**

Dated: May 5, 2010

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　The Honorable Judge
　　　　　　　　　　　　　　　　John F. Walter
　　　　　　　　　　　　　　　　United States District Judge

1

[Proposed] Order